# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 6:08-cr-269-Orl-18KRS

NATHANIEL BARNETT JR.

___

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 25), there being objections, the plea of guilty of the Defendant to Counts One (1), Two (2), Three (3), and Four (4) of the Indictment is now accepted and the Defendant is ADJUDGED GUILTY of such offenses. A sentencing hearing has been scheduled and will be conducted pursuant to separate notice.

DONE and ORDERED in Orlando, Florida this 27 day of May, 2009.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant